IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TODD EDWARD GLASS,

                      Plaintiff,

  v.

FOLEY & LARDNER, LLP,

                      Defendant.

ORDER

24-cv-769-jdp

---

Plaintiff Todd Edward Glass, proceeding without counsel, filed his complaint alleging legal malpractice against defendant Foley & Lardner, LLP on October 31, 2024. Glass moves to seal the case, Dkt. 3, and he requests an extension of the deadline to serve his complaint while he searches for counsel. Dkt. 7. The court will deny both motions.

The case has been sealed pending a ruling from this court. Court records are "presumptively open to public view, even if [plaintiff] strongly prefer[s] secrecy, unless a statute, rule, or privilege justifies confidentiality." *In re Specht*, 622 F.3d 697, 701 (7th Cir. 2010). Glass provides no plausible explanation of why this case should be sealed. I will deny his motion to seal and direct the clerk's office to unseal the case.

Under Federal Rule of Civil Procedure 4(m), a plaintiff must serve the defendant with a complaint on the defendant within 90 days of filing it or show good cause for why he failed to do so. Glass asks the court to extend the January 31, 2025, service deadline by an additional 90 days while he attempts to find counsel. Glass explains that his original retained counsel decided not to represent him. Glass says that he is conducting a "national" search for counsel. Dkt. 7. But he cites no difficulty that he would encounter in serving defendant.

Glass may not indefinitely delay prosecuting this case while he searches for counsel. Regardless of whether Glass retains counsel, he must serve his complaint on Foley & Lardner and file proof of service by February 21, 2025. If Glass does not complete service by that date, I will dismiss his case.

ORDER

IT IS ORDERED that:

1. Plaintiff Todd Edward Glass's motion to seal documents and court proceedings, Dkt. 3, is DENIED.

2. Plaintiff's motion for an extension of time to serve the complaint, Dkt. 7, is DENIED. Plaintiff may have until February 21, 2025, to file proof of service of the complaint.

Entered January 28, 2025.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge